**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE PAUL, | ) NO. CV 11-10405-JSL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KATHLEEN ALLISON, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 3, 2013

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE