**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE PAUL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KATHLEEN ALLISON, WARDEN,<br><br>　　　　Respondent. | ) NO. CV 11-10405-JSL (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 3, 2013

　　　　　　　　　　　　　　　　　　　　　*Spencer Letts*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE